

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2024

No. 04-24-00589-CV

Brenda **COLLIER**,
Appellant

v.

**COPPERMILL**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05385
Honorable Timothy Johnson, Judge Presiding

**ORDER**

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, we REINSTATE this appeal and the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 20, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk